1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

```
                                    FILED
                      CLERK, U.S. DISTRICT COURT

                           AUG 30 2013

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY                        DEPUTY
```

8              UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11  CHERESSE BONITAJEAN SCHNEIDER, )    CASE NO.: **EDCV 12-1511 E**
                                   )
12              Plaintiff,         )    [~~PROPOSED~~] ORDER AWARDING
                                   )    EAJA FEES
13         v.                      )
                                   )
14  CAROLYN W. COLVIN,             )
    Commissioner of Social Security )
15  Administration,                )
                                   )
16              Defendant.         )
                                   )
17  _____)

18       Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

22  DOLLARS and no/cents ($2,000.00), as authorized by 28 U.S.C. § 2412 (d), and

23  subject to the terms and conditions of the Stipulation.

24       DATED: 8/30/13          _____
                                 UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                   1